| Attorney or Party without Attorney:<br>Thomas J. Undlin, Esq., Bar #0183751<br>Robins Kaplan L L P<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402<br>Telephone No: 612-349-8500    FAX No: 612-339-4181 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Minnesota

Plaintiff: Weinreis Brothers Partnership, et al.
Defendant: Tyson Foods, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV01222NEBDTS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Notice of Assignment; Notice of Voluntary Dismissal of case #19-CV-02726

3. a. Party served:   Cargill, Incorporated
   b. Person served:  Amy McLaren, Service of Process Intake Clerk, Caucasian, Female, 34-37 Years Old, Brown Hair, 5'6", 135 Pounds.

4. Address where the party was served:   The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE  19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 10, 2019 (2) at: 11:15AM

7. **Person Who Served Papers:**
   a. Daryl Wooding
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   5-13-19                       (Signature)
   (Date)

8. STATE OF DELAWARE, COUNTY OF  New Castle
   Subscribed and sworn to (or affirmed) before me on this 13th day of May, 2019 by Daryl Wooding proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons & Complaint                             (Notary Signature)         thund.192880