# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA; WEINREIS BROTHERS PARTNERSHIP; MINATARE FEEDLOT INC; CHARLES WEINREIS; ERIC NELSON; JAMES JENSEN d/b/a LUCKY 7 ANGUS; and RICHARD CHAMBERS AS TRUSTEE OF THE RICHARD C. CHAMBERS LIVING TRUST on Behalf of Themselves and All Other Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>TYSON FOODS, INC.; TYSON FRESH MEATS, INC.; JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; JBS PACKERLAND, INC.; CARGILL, INCORPORATED; CARGILL MEAT SOLUTIONS CORPORATION; MARFRIG GLOBAL FOODS S.A.; NATIONAL BEEF PACKING COMPANY, LLC; and JOHN DOES 1-10;<br><br>        Defendants.<br><br>[Caption continued on following page] | Case No. 0:19-cv-01222-JRT-HB |

| | |
|---|---|
| MICHAEL SEVY, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC; TYSON FRESH MEATS, INC.; JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; JBS PACKERLAND, INC.; CARGILL, INCORPORATED; CARGILL MEAT SOLUTIONS CORPORATION; MARFRIG GLOBAL FOODS S.A.; NATIONAL BEEF PACKING COMPANY, LLC; and JOHN DOES 1-10;<br><br>                              Defendants. | Case No. 0:19-cv-01243-JRT-HB |
| DOUGLAS WRIGHT and SAM MENDENHALL (d/b/a MENDENHALL FARMS), individually and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>TYSON FOOD, INC.; TYSON FRESH MEATS, INC.; JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; JBS PACKERLAND, INC.; CARGILL, INCORPORATED; CARGILL MEAT SOLUTIONS CORPORATION; MARFRIG GLOBAL FOODS S.A.; and NATIONAL BEEF PACKING COMPANY, LLC,<br><br>                              Defendants. | Case No. 0:19-cv-01350- JRT-HB |

**NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that the attorneys for Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Weinreis Brothers Partnership, Minatare Feedlot, Inc., Charles Weinreis, Eric Nelson, James Jensen d/b/a Lucky 7 Angus, Richard Chambers as trustee of the Richard C. Chambers Living Trust, Michael Sevy, Douglas Wright and Sam Mendenhall (d/b/a Mendenhall Farms) (collectively, the "Plaintiffs"), shall move, before the Honorable Hildy Bowbeer, United States District Magistrate Judge, United States Courthouse, 15 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, pursuant to Rules 23(g) and 42(a) of the Federal Rules of Civil Procedure, and Local Rule 7.1, for the entry of an Order in the form filed concurrently herewith: (i) consolidating into one action the three above-captioned related actions that have been filed in this District; (ii) appointing Scott+Scott Attorneys at Law LLP and Cafferty Clobes Meriwether & Sprengel LLP as interim co-lead class counsel for proposed classes of individuals and entities: (a) directly selling to a Defendant one or more fed cattle for slaughter; and (b) transacting in live cattle futures and/or options on U.S. exchanges (collectively, the "Classes"); (iii) appointing Robins Kaplan LLP as interim liaison counsel for the Classes; (iv) appointing Gibbs Law Group LLP, Kirby McInerney LLP, Paul LLP, and Pearson, Simon & Warshaw, LLP, as members of Plaintiffs' Executive Committee.; and (v) directing such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon this Notice of Motion, Plaintiffs' Memorandum of Law, and the Declarations of Christopher M. Burke, Anthony F. Fata, Stacey P. Slaughter, Michael L. Schrag, David E.

Kovel, Richard M. Paul and Daniel L. Warshaw, together with their exhibits, submitted in support of Plaintiffs' motion.

Dated:  June 7, 2019

    **SCOTT+SCOTT**
    **ATTORNEYS AT LAW LLP**

    /s Christopher M. Burke
    Christopher M. Burke (*pro hac vice*)
    600 W. Broadway
    Suite 3300
    San Diego, CA  92101
    Tel.:   619-233-4565
    Fax:   619-233-0508
    cburke@scott-scott.com

    David R. Scott (*pro hac vice*)
    Amanda F. Lawrence (*pro hac vice*)
    156 South Main Street
    P.O. Box 192
    Colchester, CT  06415
    Tel.:   860-537-5537
    Fax:   860-537-4432
    david.scott@scott-scott.com
    alawrence2scott-scott.com

    Peter A. Barile III (*pro hac vice*)
    Anjali Bhat (*pro hac vice*)
    The Helmsley Building
    230 Park Avenue
    17th Floor
    New York, NY  10169
    Tel.:   212-223-6444
    Fax:   212-223-6334
    pbarile@scott-scott.com
    abhat@scott-scott.com


    **CAFFERTY CLOBES MERIWETHER &**
    **SPRENGEL LLP**
    Anthony F. Fata (*pro hac vice*)
    Christopher P.T. Tourek (*pro hac vice*)

2

Brian P. O'Connell (*pro hac vice*)
150 S. Wacker
Suite 3000
Chicago, IL 60606
Tel.:   312-782-4882
Fax:   312-782-4485
afata@caffertyclobes.com
ctourek@caffertyclobes.com
boconnell@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
205 N. Monroe St.
Media, PA 19063
Tel.:   215-864-2800
Fax:   215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

**ROBINS KAPLAN LLP**
K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
800 LaSalle Avenue
Suite 2800
Minneapolis, MN  55402
Tel:   612-349-8500
Fax:   612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com

Hollis Salzman
Kellie Lerner
399 Park Avenue
Suite 3600
New York, NY  10022
Tel:   212-980-7400
Fax:   212-980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com

3

*Liaison Counsel for the Cattle Plaintiffs*

*Liaison Counsel for the Cattle Plaintiffs*