UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA; WEINREIS BROTHERS PARTNERSHIP; MINATARE FEEDLOT INC; CHARLES WEINREIS; ERIC NELSON; JAMES JENSEN d/b/a LUCKY 7 ANGUS; and RICHARD CHAMBERS AS TRUSTEE OF THE RICHARD C. CHAMBERS LIVING TRUST on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.; TYSON FRESH MEATS, INC.; JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; JBS PACKERLAND, INC.; CARGILL, INCORPORATED; CARGILL MEAT SOLUTIONS CORPORATION; MARFRIG GLOBAL FOODS S.A.; NATIONAL BEEF PACKING COMPANY, LLC; and JOHN DOES 1-10;<br><br>Defendants. | Case No. 0:19-cv-01222- JRT-HB |

**AFFIDAVIT OF SERVICE UPON DEFENDANT JBS S.A.**

I, Emanoel Damasio Mendoça, representing Performance Consultoria Empresarial Ltda., employed by B. M. Investigations Inc., Dorchester, 3rd floor, office 301 Panama, Republic of Panama, do hereby make oath and do solemnly swear that:

1. I am over the age of 21 and a non-party to this action;

2. On or about May 14, 2019, instructed by Brett Mikkelson, owner of B. M. Investigations, who was in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn



instructed by plaintiffs' attorneys, Scott+Scott Attorneys at Law LLP, to serve upon the Defendant JBS, S.A. ("JBS" or "Defendant") the following documents:

Summons<br>
Civil Cover Sheet<br>
Complaint<br>
Appendix 1<br>
Appendix 2<br>
ECF Notice of Judge Assignment<br>
Notice of Voluntary Dismissal from N.D. Ill.

3. According to the plaintiff's attorneys, JBS is located at:

Av. Marginal Direita do Tiete<br>
500 Bloco 3 – 3o. andar, Vila Jaguara<br>
Sao Paulo 05.118-100<br>
Brazil

4. On May 17, 2019 at approximately 11:30 P.M, I traveled to the Av. Marginal Direita do Tiete address with the intention of serving the above referenced documents upon Defendant JBS.

5. There I met with Thamires Rocha JBS receptionist, which is authorized to accept documents on behalf of JBS and forward it to final recipient Mr. Simões. I handed Thamires Rocha the above referrenced documents and stated that she was being served on behalf of JBS.

6. Thamires Rocha then signed an acknowedgement document. *See* Exhibit I.

7. On May 23 2019, a copy of above referenced documents was mailed to the Defendant at the Av. Marginal Direita do Tiete address. The documents were delivered to the Defendant on May 27, 2019. *See* Exhibit II.

The service upon the Defendant JBS was effected, according to the above statements.

I declare under penalty of perjury under the laws of the Brazil and the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN and SUBSCRIBED at São Paulo, Brazil, before me on this 04 day of June 2019.

Performance Consultoria Empresarial Ltda.
Emanoel D. Mendoça, Private Investigator

[Seal of Notary or Commissioner]

# Exhibit I



# Exhibit II

| PREENCHER COM LETRA DE FORMA | | AR |
|---|---|---|
| | DESTINATÁRIO DO OBJETO / DESTINATAIRE | NATURE |
| NOME OU RAZÃ | Att.: Sr. Rodrigo Luiz H. Simões<br>JBS S.A.<br><br>Av. Marginal Direita do Tietê, 500<br>Loco 3 – 3o. Andar, Vila Jaguara,<br>CEP 05118-100<br>São Paulo - SP - Brazil | UF   PAIS / PAYS |
| ENDEREÇO / | | |
| CEP / CODE PO | | |
| DECLARAÇÃO D | | NATUREZA DO ENVIO / NATURE DE L'ENVOI<br>☐ PRIORITÁRIA / PRIORITAIRE<br>☐ EMS<br>☐ SEGURADO / VALEUR DÉCLARE |
| ASSINATURA DO RECEBEDOR / SIGNATURE DU RÉCEPTEUR | DATA DE RECEBIMENTO / DATE DE LIVRATION | CARIMBO DE EMBARQ. UNIDADE DE DESTINO / BUREAU DE DESTINATION |
| Luiz Fernando da Silva<br>RG: 23029927-1 | 27 MAIO 2019 | [SPM 27 MAI 2019 SE/SPM - SÃO PAULO stamp] |
| NOME LEGÍVEL DO RECEBEDOR / NOM LISIBLE DU RÉCEPTEUR | | |
| Nº DOCUMENTO DE IDENTIFICAÇÃO DO RECEBEDOR / ÓRGÃO EXPEDIDOR | RUBRICA E MAT. DO EMPREGADO / SIGNATURE DE L'AGENT<br>Reginaldo Vieira Da Silva<br>Matr.: 8.919.187-8 | |
| ENDEREÇO PARA DEVOLUÇÃO NO VERSO / ADRESSE DE RETOUR DANS LE VERS | | |
| 75240203-0 | FC0463 / 16 | 114 x 166 mm |

