UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FOODS, INC. et al, <br><br> Defendants. | Case No. 0:19-cv-1222-JRT-HB <br><br><br> **RULE 7.1 – CORPORATE DISCLOSURE STATEMENT FOR JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; AND JBS PACKERLAND, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants JBS S.A., JBS USA Food Company, Swift Beef Company, and JBS Packerland, Inc. (hereinafter collectively referred to as the "JBS Defendants"), state the following:

1. Defendants JBS Packerland, Inc. and Swift Beef Company are wholly-owned subsidiaries of JBS USA Food Company.

2. JBS USA Food Company is a wholly-owned subsidiary of JBS USA Food Company Holdings ("JBS USA Holdings").

3. JBS USA Holdings' parent corporation is JBS Luxembourg S.à r.l ("JBS Luxembourg"), a Luxembourg private limited liability company.

4. JBS USA Holdings and JBS Luxembourg are indirect wholly-owned subsidiaries of their ultimate parent JBS S.A., a Brazilian company.

5. JBS S.A. has no parent company, and it is publicly traded. No publicly traded company owns 10% or more of its stock.

6. This filing shall not constitute a waiver by the JBS Defendants of (a) any jurisdictional defenses that may be available, (b) any affirmative defenses under Rule 8 of

the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise, or (c) any other statutory or common law defenses that may be available to the JBS Defendants in this or any other action.  The JBS Defendants expressly reserve their rights to raise any such defenses and any other defense. As to JBS S.A., the undersigned has entered a special appearance as counsel for the explicit purpose of preserving objections to the sufficiency of service of process and personal jurisdiction.

Dated: June 17, 2019                    By: s/ Lewis A. Remele, Jr.
                                        Lewis A. Remele, Jr. (MN #90724)
                                        Christopher R. Morris (MN #230613)
                                        **BASSFORD REMELE**
                                        100 South 5th Street, Suite 1500
                                        Minneapolis, MN 55402
                                        (612)333-3000
                                        lremele@bassford.com
                                        cmorris@bassford.com

                                        William F. Hargens (NE #16578 – *Admitted Pro Hac Vice*)
                                        Mark F. Enenbach (NE #15202 – *Admitted Pro Hac Vice*)
                                        Patrick E. Brookhouser, Jr. (NE #19245 *Admitted Pro Hac Vice*)
                                        Matthew G. Munro (NE #26190 – *Admitted Pro Hac Vice*)
                                        **MCGRATH NORTH MULLIN & KRATZ, PC LLO**
                                        First National Tower, Suite 3700
                                        1601 Dodge Street
                                        Omaha, NE 68102
                                        (402) 341-3070
                                        whargens@mcgrathnorth.com
                                        menenbach@mcgrathnorth.com
                                        pbrookhouser@mcgrathnorth.com
                                        mmunro@mcgrathnorth.com

                                        *Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc. and Swift Beef Company*

                                        *Special Appearance for Defendant JBS S.A.

CASE 0:19-cv-01222-JRT-HB   Document 84   Filed 06/17/19   Page 3 of 3

-3-