UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE ANTITRUST LITIGATION** | Case No. 19-cv-1222 (JRT/HB) |
| This Document Relates to: ALL CASES | **ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS** |

The parties filed a status report on June 28, 2019, in which they proposed deadlines and word counts for briefing on Defendants' anticipated motions to dismiss. [*See* Doc. No. 87.]  After conferring with Chief District Judge John R. Tunheim about the proposed schedule and word count limits,

**IT IS HEREBY ORDERED** that the following deadlines and limitations will govern briefing for Defendants' motions to dismiss:

**Briefing Schedule:**

    **September 13, 2019**   Defendants' moving papers and supporting documentation due

    **November 12, 2019**   Plaintiffs' responsive memoranda and supporting documentation due

    **December 12, 2019**   Defendants' reply memoranda and supporting documentation due

**Word Count Limits:**

- Defendants may file a single joint motion to dismiss.
- Defendants are permitted up to 27,000 words in total for their joint opening and reply briefs.
- Plaintiffs are permitted up to 27,000 words for their joint response brief.

- Each moving Defendant is permitted up to 7,500 words in total for its individual opening and reply briefs.
- Plaintiffs are permitted up to 7,500 words for their response to each Defendant's individual opening brief.

A hearing on the motions to dismiss in this case and in the case of *Peterson v. JBS USA Food Company Holdings*, 19-cv-1129 (JRT/HB), will be held in front of the Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, on Monday, January 13, 2020, at 10:00 a.m. in Courtroom 15, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated:  August 1, 2019

                                         s/Hildy Bowbeer
                                         HILDY BOWBEER
                                         United States Magistrate Judge