## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE ANTITRUST LITIGATION**<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB<br><br>**DECLARATION OF KATHRYN N. HIBBARD IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS** |

I, Kathryn Hibbard, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am a partner with the law firm of Greene Espel PLLP, and I represent Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation ("Cargill") in the above-entitled matter. I make this Declaration in Support of the Defendants' Joint Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated August 8, 2019 from Mark W. Ryan, of Mayer Brown LLP, to Patrick McGahan, of Scott & Scott Attorneys at Law LLP.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated August 12, 2019 from Patrick McGahan to Mark Ryan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2019, in Minneapolis, Minnesota.

s/ *Kathryn N. Hibbard*
Kathryn N. Hibbard