**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE CATTLE ANTITRUST LITIGATION**<br><br>*This document relates to:*<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB<br><br>**NATIONAL BEEF PACKING COMPANY, LLC'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Defendant National Beef Packing Company, LLC ("National Beef") moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the Consolidated Amended Class Action Complaint in the above-captioned case.

This motion is supported by National Beef's Memorandum of Law in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint and all of the files, records, and proceedings herein.

Dated: September 13, 2019       By:   *s/ Benjamin L. Ellison*
                                                        Andrew M. Luger (#0189261)
                                                        Benjamin L. Ellison (#0392777)
                                                        JONES DAY
                                                        90 South 7th Street, Suite 4950
                                                        Minneapolis, MN 55402
                                                        (612) 217-8800
                                                        aluger@jonesday.com
                                                        bellison@jonesday.com

                                                        Julie E. McEvoy\*
                                                        JONES DAY
                                                        51 Louisiana Ave., N.W.
                                                        Washington, D.C. 20001-2113
                                                        (202) 879-3939
                                                        jmcevoy@jonesday.com

                                                        Paula W. Render\*
                                                        JONES DAY
                                                        77 West Wacker Dr., Suite 3500
                                                        Chicago, IL 60601-1692
                                                        (312) 782-3939
                                                        prender@jonesday.com

                                                        ***Attorneys for Defendant National Beef Packing Company, LLC***

                                                        \*admitted pro hac vice