# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>*This documents relates to*:<br><br>ALL CASES | Case No. 19-cv-01222 (JRT/HB)<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST MARFRIG GLOBAL FOODS, S.A.**<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and causes of action against Marfrig Global Foods, S.A. Plaintiffs and Marfrig will each bear their own fees, costs, and expenses. Plaintiffs reserve all claims and rights against the remaining named Defendants, John Doe Defendants, and any third parties.

DATED: October 17, 2019                                   Respectfully submitted,

By: /s Peter A. Barile III                                       By: /s Leonid Feller
Peter A. Barile III (*pro hac vice*)                          Leonid Feller P.C.
Anjali Bhat (*pro hac vice*)                                     (pro hac vice)
**SCOTT+SCOTT**                                                  Daniel R. Lombard
**ATTORNEYS AT LAW LLP**                                          (pro hac vice)
The Helmsley Building                                        QUINN EMANUEL URQUHART
230 Park Avenue                                                  & SULLIVAN LLP
17th Floor                                                   191 N. Wacker Drive, Suite 2700
New York, NY  10169                                          Chicago, IL 60606
Tel.:   212-223-6444                                         Phone:  (312) 705-7400
Fax:   212-223-6334                                          Fax:     (312) 705-7401
pbarile@scott-scott.com                                      leonidfeller@quinnemanuel.com
abhat@scott-scott.com                                        daniellombard@quinnemanuel.com

Christopher M. Burke (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**

<div style="column-count:2">

600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.:     619-233-4565
Fax:     619-233-0508
cburke@scott-scott.com

David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Michael P. Srodoski
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Tel.:     860-537-5537
Fax:     860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com

Anthony F. Fata (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
150 S. Wacker
Suite 3000
Chicago, IL 60606
Tel.:     312-782-4882
Fax:     312-782-4485
afata@caffertyclobes.com
ctourek@caffertyclobes.com
boconnell@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
 205 N. Monroe St.
Media, PA 19063
Tel.:     215-864-2800
Fax:     215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

Daniel L. Scott
   MN Bar No. 0240837
Jon M. Woodruff
   MN Bar No. 0399453
Peter J. Schwingler
   MN Bar No. 0388909
STINSON LEONARD STREET LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Phone:  (612) 335-1500
Fax:      (612) 335-1657
daniel.scott@stinson.com
jon.woodruff@stinson.com
peter.schwingler@stinson.com

Attorneys for Defendant, Marfrig Global Foods S.A.

*\*Special Appearance for Defendant, Marfrig Global Foods S.A.*

</div>

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue
Suite 2800
Minneapolis, MN  55402
Tel:     612-349-8500
Fax:    612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com

Hollis Salzman
Kellie Lerner
**ROBINS KAPLAN LLP**
 399 Park Avenue
Suite 3600
New York, NY  10022
Tel:     212-980-7400
Fax:    212-980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s Peter A. Barile III
Peter A. Barile III