**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | Case No. 0:19-cv-01222-JRT-HB<br><br>*Second Joint Status Report* |

On June 28, 2019, the parties submitted their First Joint Status Report (ECF No. 87). As stated in that report, the parties agreed that they would file another joint status report setting forth an update on their respective positions on preliminary case management issues. Pursuant to that agreement, the parties hereby submit this Second Joint Status Report.

## I.      UPDATE OF PARTIES TO LITIGATION

On October 4, 2019, Plaintiffs filed their Second Amended Complaint (ECF No. 125). The new complaint no longer names Marfrig Global Foods S.A. ("Marfrig") as a defendant, and Plaintiffs and Marfrig submitted to the Court a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 126.

The Defendants named in the Second Amended Complaint plan to file new motions to dismiss to address the amended complaint, and a request for a revised briefing schedule for that motion practice has been proposed to the Court via a separate pleading.

## II.      OTHER DISCOVERY: PROTOCOLS FOR ELECTRONICALLY STORED AND CONFIDENTIAL INFORMATION

In the First Joint Status Report, Plaintiffs and Defendants stated they agreed during the pendency of motions to dismiss to continue their discussions on discovery-related matters. To this end, the parties have negotiated and exchanged multiple drafts of proposed Protective Orders and

Electronically Stored Information (ESI) Protocols.  In addition, Plaintiffs have coordinated with plaintiffs and defendants in the *Peterson v. Agristats, Inc.*, Case No. 0:19-cv-01129-JRT-HB, litigation in an effort to have consistent ESI protocols and protective orders in the two litigations, recognizing the efficiency which would be served through such coordination.  Although the parties have agreed upon many of the provisions in both the ESI Protocols and Protective Orders, they have reached an impasse on resolving differences over some few, select provisions.  Notably, one issue in these documents has arisen between the parties of this consolidated action that is ***not*** an issue in *Peterson*, and it will need to be addressed separately by this Court at the appropriate time.

The parties now seek the Court's guidance on how best to bring these issues to the Court for consideration.

## III.   DISCOVERY PRIOR TO RULING ON MOTION TO DISMISS

Plaintiffs and Defendants have also met and conferred in an attempt to agree the extent to which discovery should occur while Defendants' anticipated motions to dismiss are pending.  As discussed above, the parties have already agreed to proceed with negotiating and finalizing an ESI Protocol and a Protective Order.

The parties have reached an impasse on this issue and therefore seek the Court's guidance on how best to bring the matter to the Court for consideration.

Dated:  October 22, 2019

Respectfully submitted,

| | |
|---|---|
| /s Peter A. Barile III | /s/ David P. Graham |
| Peter A. Barile III (pro hac vice) | David P. Graham |
| Anjali Bhat (pro hac vice) | **DYKEMA GOSSETT PLLC** |
| **SCOTT+SCOTT** | 4000 Wells Fargo Center |
| **ATTORNEYS AT LAW LLP** | 90 South Seventh Street |
| The Helmsley Building | Minneapolis, MN 55402 |
| 230 Park Avenue | (612) 486-1521 |
| 17th Floor | dgraham@dykema.com |

New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
pbarile@scott-scott.com
abhat@scott-scott.com

David R. Scott (pro hac vice)
Amanda F. Lawrence (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: 860-537-5537
Fax: 860-537-4432
david.scott@scott-scott.com
alawrence2scott-scott.com

Christopher M. Burke (pro hac vice)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway
Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com


/s Anthony F. Fata
Anthony F. Fata (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
150 South Wacker Drive
Suite 3000
Chicago, IL 60606
Tel.: 312-782-4882
Fax: 312-782-4485
afata@caffertyclobes.com
ctourek@caffertyclobes.com
boconnell@caffertyclobes.com

Susan E. Foster (admitted *pro hac vice*)
Ulrike (Rike) Connelly (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8846
SFoster@perkinscoie.com
RConnelly@perkinscoie.com

Jon B. Jacobs (admitted *pro hac vice*)
Jeremy Keeney (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, N.W., Suite 700
Washington, DC 20005
(202) 654-1758
JBJacobs@perkinscoie.com
JKeeney@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc.
And Tyson Fresh Meats, Inc.*

/s/Christopher R. Morris
Lewis A. Remele, Jr. (MN #90724)
Christopher R. Morris (MN #230613)
**BASSFORD REMELE**
Fifth Street Towers
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
(612)333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens
(NE #16578 – Admitted Pro Hac Vice)
Mark F. Enenbach
(NE #15202 – Admitted Pro Hac Vice)
Patrick E. Brookhouser, Jr.
(NE #19245 Admitted Pro Hac Vice)
Matthew G. Munro
(NE #26190 – Admitted Pro Hac Vice)
**MCGRATH NORTH MULLIN &**

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Tel.: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

/s Thomas J. Undlin
K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com

Hollis Salzman
Kellie Lerner
**ROBINS KAPLAN LLP**
399 Park Avenue
Suite 3600
New York, NY 10022
Tel: 212-980-7400
Fax: 212-980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

**KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc. and Swift Beef Company*
*\*Special Appearance for Defendant JBS S.A.*

/s/ Mark W. Ryan
Mark W. Ryan (Admitted *pro hac vice*)
Michael E. Lackey, Jr. (Admitted *pro hac vice*)
**MAYER BROWN**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
mryan@mayerbrown.com
mlackey@mayerbrown.com

Kathryn N. Hibbard
X. Kevin Zhao
**GREENE ESPEL PLLP**
222 S. 9th St. Ste 2200
Minneapolis, MN 55402
(612) 373-0929
khibbard@greeneespel.com
kzhao@greeneespel.com

*Counsel for Defendants*
*Cargill, Incorporated and*
*Cargill Meat Solutions Corporation*

/s/ Julie McEvoy

|  | Julia E. McEvoy (admitted *pro hac vice*) **JONES DAY** 51 Louisiana Avenue, N.W. Washington, D.C. 20001-2113 (202) 879-3867 jmcevoy@jonesday.com  Andrew M. Luger Benjamin L. Ellison **JONES DAY** 90 South Seventh Street Suite 4950 Minneapolis, MN 55402 +1.612.217.8800 Telephone +1.844.345.3178 Facsimile aluger@jonesday.com bellison@jonesday.com   Paula W. Render (admitted *pro hac vice*) **JONES DAY** 77 West Wacker, Suite 3500 Chicago, Illinois 60601-1692 (312) 269-1555 prender@jonesday.com  *Counsel for Defendant National Beef Packing Company, LLC* |
|---|---|