## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE ANTITRUST LITIGATION**<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB |
| KENNETH PETERSON, et al.<br><br>                        Plaintiffs,<br><br>   v.<br><br>JBS USA FOOD COMPANY HOLDINGS, TYSON FOODS, INC., CARGILL, INC., and NATIONAL BEEF PACKING COMPANY,<br><br>                        Defendants. | Case No. 0:19-cv-01129-JRT-HB |

### DEFENDANTS' MOTION RELATED TO BRIEFING SCHEDULES

Defendants respectfully move the Court to coordinate the motion-to-dismiss briefing schedules in these two "related cases." *See* Order of Direction to the Clerk of Court for Reassignment of Related Cases, Case No. 19-cv-1222, ECF No. 6. The Amended Consolidated Complaint in the *Cattle Antitrust Litigation* case and the Proposed Second Amended Complaint in the *Peterson* case involve substantially similar claims and allegations. Coordination of the briefing schedules in the two cases would allow the parties

and Court to most efficiently address the arguments for and against dismissal of those similar claims.

This motion is supported by the Memorandum of Law in Support of Defendants' Motion Related to Briefing Schedules and all of the files, records, and proceedings herein.

Date:  November 12, 2019

| | |
|---|---|
| s/ Patrick E. Brookhouser, Jr. | s/ Jessica J. Nelson |
| Lewis A. Remele, Jr., Reg. No. 90724 | Donald G. Heeman, Reg. No. 286023 |
| Christopher R. Morris, Reg. No. 230613 | Jessica J. Nelson, Reg. No. 347358 |
| **BASSFORD REMELE, PA** | Randi J. Winter, Reg. No. 391354 |
| 100 South 5th Street, Suite 1500 | **SPENCER FANE LLP** |
| Minneapolis, MN 55402 | 150 South Fifth Street, Suite 1900 |
| (612) 333-3000 | Minneapolis, MN 55402 |
| lremele@bassford.com | Telephone: (612) 268-7000 |
| cmorris@bassford.com | dheeman@spencerfane.com |
| | jnelson@spencerfane.com |
| William F. Hargens | rwinter@spencerfane.com |
| Mark F. Enenbach | |
| Patrick E. Brookhouser, Jr. | Stephen Neuwirth |
| Matthew G. Munro | Sami H. Rashid |
| **MCGRATH NORTH MULLIN & KRATZ, PC LLO** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| First National Tower, Suite 3700 | 51 Madison Avenue, 22nd Floor |
| 1601 Dodge Street | New York, NY 10010 |
| Omaha, NE 68102 | Telephone: (212) 849 7000 |
| (402) 341-3070 | stephenneuwirth@quinnemanuel.com |
| whargens@mcgrathnorth.com | samirashid@quinnemanuel.com |
| menenbach@mcgrathnorth.com | *Admitted Pro Hac Vice* |
| pbrookhouser@mcgrathnorth.com | |
| mmunro@mcgrathnorth.com | Ethan Glass, Reg. No. 316490 |
| *Admitted Pro Hac Vice* | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | 1300 I Street NW Suite 900 |
| *Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc. and Swift Beef Company, and Special Appearance for Defendant JBS S.A., in the Cattle Antitrust Litigation* | Washington, D.C. 20005 |
| | Telephone: (202) 538-8265 |
| | ethanglass@quinnemanuel.com |
| | |
| | *Counsel for Defendant JBS USA Food Company Holdings in the Peterson Action* |

s/ David P. Graham
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Jon B. Jacobs
Jeremy C. Keeney
**PERKINS COIE LLP**
700 13th Street, NW, Suite 600
Washington, DC 20005
(202) 654-1758
jbjacobs@perkinscoie.com
jkeeney@perkinscoie.com
*Admitted Pro Hac Vice*

Susan E. Foster
Ulrike B. Connelly
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
*Admitted Pro Hac Vice*

*Counsel for Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*

s/ Kathryn N. Hibbard
Kathryn N. Hibbard, Reg. No. 0387155
X. Kevin Zhao, Reg. No. 0391302
**GREENE ESPEL PLLP**
222 South 9th Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
khibbard@greeneespel.com
kzhao@greeneespel.com

Mark W. Ryan
Michael E. Lackey, Jr.
Nicole A. Saharsky
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20009
(202) 263-3338
mryan@mayerbrown.com
mlackey@mayerbrown.com
nsaharsky@mayerbrown.com
*Admitted Pro Hac Vice*

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

s/ Benjamin L. Ellison
Andrew M. Luger, Reg. No. 0189261
Benjamin L. Ellison, Reg. No. 0392777
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8862
aluger@jonesday.com
bellison@jonesday.com

Julia E. McEvoy
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
jmcevoy@jonesday.com
*Admitted Pro Hac Vice*

Paula W. Render
**JONES DAY**
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
(312) 269-1555
prender@jonesday.com
*Admitted Pro Hac Vice*

*Counsel for Defendant National Beef Packing Company, LLC*