UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE ANTITRUST LITIGATION**<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB<br><br>**CARGILL, INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION'S MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation hereby move the Court for an order dismissing with prejudice the Second Consolidated Amended Class Action Complaint in the above-captioned action.

This motion is supported by the Memorandum of Law in Support of Cargill, Incorporated's and Cargill Meat Solution Corporation's Motion to Dismiss the Second Consolidated Amended Class Action Complaint and all of the files, records, and proceedings herein.

Dated:  November 13, 2019

**GREENE ESPEL PLLP**

s/ Kathryn N. Hibbard
Kathryn N. Hibbard, Reg. No. 0387155
X. Kevin Zhao, Reg. No. 0391302
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
khibbard@greeneespel.com
kzhao@greeneespel.com

Mark W. Ryan
Michael E. Lackey, Jr.
Nicole A. Saharsky
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20009
(202) 263-3338
mryan@mayerbrown.com
mlackey@mayerbrown.com
nsaharsky@mayerbrown.com
*Admitted Pro Hac Vice*

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*