# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB |

## Motion to Dismiss
## Second Consolidated Amended Class Action Complaint by Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc.

PLEASE TAKE NOTICE that Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (together, "Tyson Defendants"), by and through their attorneys, Dykema Gossett PLLC and Perkins Coie LLP, bring this Motion to Dismiss Plaintiffs' claims against Tyson Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6). Tyson Defendants' Memorandum of Law and all further supporting documents will be filed and served in accordance with the Local Rules.

Date: November 13, 2019        Respectfully submitted,

*/s/ David P. Graham*
David P. Graham (0185462)
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

146271771.1

- 2 -

Jon B. Jacobs
Jeremy C. Keeney
**PERKINS COIE LLP**
700 13th Street, NW, Suite 600
Washington, DC 20005
Tel:  (202) 654-1758
jbjacobs@perkinscoie.com
jkeeney@perkinscoie.com
*Admitted Pro Hac Vice*

Susan E. Foster
Ulrike B. Connelly
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel:  (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
*Admitted Pro Hac Vice*

*Counsel for Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*