IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | Civil No. 19-cv-1222 (JRT/HB)<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Motion to Approve Alternative Service on JBS S.A. and the entire record, and for good cause showing, it is hereby:

ORDERED that Plaintiffs' Motion to Approve Alterative Service on JBS S.A. [DKT. 170] is GRANTED;

ORDERED that Plaintiffs may serve the Summons and Complaint upon Defendant JBS S.A. through delivery on McGrath North Mullin & Kratz, PC LLO, located at First National Tower, Suite 3700, 1601 Dodge Street, Omaha, NE 68102;

ORDERED that Plaintiffs may serve the Summons and Complaint upon Defendant JBS S.A. through email to Patrick E. Brookhouser, Jr. (pbrookhouser@mcgrathnorth.com) and William F. Hargens (whargens@mcgrathnorth.com), both of McGrath North.

Dated: _____

                                                                        The Honorable Hildy Bowbeer
                                                                        Magistrate Judge, District of Minnesota