# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: Cattle Antitrust Litigation<br>Weinreis Brothers Partnership, et al,<br><br>　　　　　Plaintiffs,<br>v.<br><br>JBS USA Food Company Holdings, et al,<br><br>　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>Chief U.S. District Judge<br><br>Case No:　　　19-1222 (JRT/HB)<br>Date:　　　　 June 8, 2020<br>Deputy:　　　 Heather Arent-Zachary<br>Court Reporter: Kristine Mousseau<br>Courthouse:　  Minneapolis<br>Courtroom:　   Videoconference<br>Time Commenced:　10:16 a.m.<br>Time Concluded:　 1:25 p.m.<br>Time in Court:　   2 Hours & 42 Minutes |

Hearing on:

　　Defendants' Joint Motion to Dismiss the Second Consolidated Amended Class Action Complaint [Docket No. 139]

APPEARANCES:

　　Plaintiff:　　Shana Scarlett, Steve Berman, Brian Clark, W. Joseph Bruckner, Anthony Fata, Thomas Undlin, Amanda Lawrence
　　Defendant:　Kathryn Hibbard, Benjamin Ellison, Nicole Saharsky, Jon Jacobs, Sami Rashid, Patrick Brookhouser

PROCEEDINGS:

　　Motions taken Under Advisement

**\*\*IT IS ORDERED:**

　　☒ Written order forthcoming.

　s/Heather Arent-Zachary<br>Courtroom Deputy