UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222-JRT-HB |
| KENNETH PETERSON, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, TYSON FOODS, INC., CARGILL, INC., and NATIONAL BEEF PACKING COMPANY,<br><br>　　　　　Defendants. | Case No. 19-cv-1129-JRT-HB |

**DECLARATION OF BENJAMIN L. ELLISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' "MOTION TO NARROWLY LIFT THE DISCOVERY STAY TO REQUIRE DEFENDANTS TO PRODUCE DOCUMENTS RECENTLY PROVIDED TO THE DOJ"**

　　　　1.　　I am an attorney with the law firm Jones Day, which represents Defendant National Beef Packing Company, LLC in the above captioned cases.

　　　　2.　　Attached as **Exhibit A** is a true and correct copy of Civil Investigative Demand Number 30290 issued by the Department of Justice to National Beef Packing Company, LLC on May 22, 2020.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

EXECUTED this 31st day of July, 2020.    <u>*s/ Benjamin L. Ellison*</u>
                                                      Benjamin L. Ellison