UNITED STATES DISTRICT COURT
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | Case No. 19-cv-1222 (JRT/HB) |
| KENNETH PETERSON, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.<br><br>       Defendants. | Case No. 19-cv-1129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>This document relates to: ALL CASES | Case No. 20-cv-1319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.<br><br>       Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>       Defendants. | Case No. 20-cv-1414 (JRT/HB) |

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

The undersigned, Kathryn N. Hibbard, hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts, Defendants in the above-captioned cases intend to request redaction of confidential information located within the transcript of Case Management Conference and Motions Hearing held on September 4, 2020 before Magistrate Hildy Bowbeer, filed on September 12, 2020 [No. 19-cv-1222, ECF 264; No. 19-cv-1129, ECF 190; No. 20-cv-1319, ECF 74; No. 20-cv-1414, ECF 50], pursuant to Fed. R. Civ. P. 5.2(e)(1).

Date:  September 21, 2020

 s/ Kathryn N. Hibbard
Kathryn N. Hibbard, Reg. No. 0387155
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
khibbard@greeneespel.com
kzhao@greeneespel.com
hhorrell@greeneespel.com

Mark Ryan
Michael E. Lackey, Jr.
Nicole Saharsky
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
mryan@mayerbrown.com
mlackey@mayerbrown.com
nsaharsky@mayerbrown.com
*Admitted Pro Hac Vice*

3

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*