UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>*This document relates to:*  ALL CASES | Case No. 0:19-cv-1222 (JRT/HB)<br><br>**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |
| KENNETH PETERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>Defendants. | Case No. 0:19-cv-1129 (JRT/HB) |

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 249[1]), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal in connection with Defendants' Memorandum in Opposition to Plaintiffs' Motion to Narrowly Lift the Discovery Stay (ECF No. 227).  Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 249) is **GRANTED**, as follows:

1. The confidential documents filed under seal shall remain sealed; and
2. The Clerk is directed to keep the following documents sealed:

    ECF Nos. 229, 231, 233, 235.

Dated:  September 23, 2020

  s/ *Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge

---

[1] All citations are to the docket in *In Re Cattle Antitrust Litigation,* 19-cv-1222 (JRT/HB).