UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 0:19-cv-1222-JRT-HB |
| PETERSON, et al.,<br>      Plaintiffs,<br> v.<br>JBS S.A., et al.,<br>      Defendants. | Case No. 0:19-cv-01129-JRT-HB |
| IN RE DPP BEEF LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 0:20-cv-1319-JRT-HB |
| ERBERT & GERBERT'S, INC.,<br>      Plaintiff,<br> v.<br>CARGILL, INC., et al.,<br>      Defendants. | Case No. 0:20-cv-01414-JRT-HB |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that Plaintiffs Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Weinreis Brothers Partnership, Minatare Feedlot, Inc., Charles

Weinreis, Eric Nelson, James Jensen d/b/a Lucky 7 Angus and Richard Chambers as trustee of the Richard C. Chambers Living Trust hereby respectfully move this Court for an Order permitting the withdrawal of the appearance of Christopher P.T. Tourek in the above-captioned action.  As of May 28, 2021, the undersigned will no longer be associated with the law firm of Cafferty Clobes Meriwether & Sprengel LLP. Attorneys at Cafferty Clobes Meriwether & Sprengel LLP continue to be counsel of record for Plaintiffs. This withdrawal will not affect any deadlines or cause any delay in this matter.

      Accordingly, Christopher P.T. Tourek requests that his withdrawal as counsel be granted and he be removed from this action's electronic case filing (ECF) service list.

Dated:  May 27, 2021                          Respectfully submitted,

                                                    *s/*     *Christopher P.T. Tourek*
                                         Christopher P.T.Tourek
                                         **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
                                         150 S. Wacker, Suite 3000
                                         Chicago, IL 60606
                                         Phone: (312) 782-4880
                                         ctourek@caffertyclobes.com